LSK&D #: 114-6016 / 895128
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
OLGA GARCIA, RAFAEL SALVADOR, and
KEYLIE SALVADOR an infant under the date
of fourteen by and through her mother and
natural guardian OLGA GARCIA,

                          Plaintiffs,

      -against-

GINNETTI TRUCKING, LLC,

                          Defendant.
---------------------------------------------------------------x

07 CV 6192
Docket No.:

FEDERAL SDNY
STATEMENT PURSUANT
TO FED. R. CIV. P. 7.1

RECEIVED
JUL 0 3 2007
U.S.D.C. S.D.N.Y.
CASHIERS

    Pursuant to Fed. R. Civ. P. 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for defendant, GINNETTI TRUCKING, LLC, certifies that upon information and belief, the following corporations are involved in this matter:

    GINNETTI TRUCKING, LLC.

    Pursuant to Federal Rule 7.1, defendant, GINNETTI TRUCKING, LLC, identifies the following publicly held parent corporations and publicly held corporations that own ten percent or more of GINNETTI TRUCKING, LLC. stock:

    NONE.

Dated:  New York, New York
        July 2, 2007

                                      Respectfully submitted,

                                      LESTER SCHWAB KATZ & DWYER, LLP

                                      _____
                                      Harold J. Derschowitz (HJD-9910)
                                      Attorneys for Defendant
                                      GINNETTI TRUCKING, LLC,
                                      120 Broadway
                                      New York, New York  10271
                                      (212) 964-6611

TO:

ADAM C. YANOVER, ESQ.
YANOVER & YANOVER
50 Charles Lindbergh Boulevard, Suite 400
Uniondale, New York  11553
Attorneys for Plaintiffs