UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
          :
EDDYS N. GARCIA, et al.,          :
          :
         Plaintiffs,        :
          :    07 Civ. 4045 (GEL)
    -against-         :
          :
GINNETTI TRUCKING, LLC,      :
          :
         Defendant.       :
          :
------------------------------------------------------------x
          :
OLGA GARCIA, et al.,          :
          :
         Plaintiffs,        :
          :    07 Civ. 6182 (GEL)
    -against-         :
          :    **ORDER**
GINNETTI TRUCKING, LLC,      :
          :
         Defendant.       :
          :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

     The above-captioned cases have been assigned to the undersigned judge as related cases, because both arose from the same incident. The parties in both cases having appeared before the Court, and it appearing that both cases involve precisely the same facts and questions of law, it is hereby ORDERED that the two cases be consolidated for all purposes under the docket number 07 Civ. 4045.

     The Court notes that on the docket sheet for No. 07 Civ. 4045, the case is erroneously marked as related to the case of Pauling-Jones v. Merck & Co., Inc., No. 07 Civ. 6427, to which it has no relation and which is assigned to a different judge. The Clerk of the Court is respectfully directed to correct the error.

SO ORDERED.

Dated: New York, New York
      August 16, 2006

                                                GERARD E. LYNCH
                                               United States District Judge